UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WHITNEY BANK,**

      **Plaintiff,**

v.                                         **Case No: 6:14-cv-860-Orl-41DAB**

**KEVIN S. MCDONOUGH,**

      **Defendant.**

                                       /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 22), filed October 22, 2014. United States Magistrate Judge David A. Baker submitted a Report and Recommendation, which recommends that the Motion for Default Judgment be granted in part and that a final judgment in the amount of $242,620.98 be entered in favor of Plaintiff. (Doc. 24, at 11).

Judge Baker additionally recommends that Plaintiff be ordered to produce the original promissory notes for cancellation by the Court. (*Id.*). The production of an original promissory note is a condition precedent to the rendering of judgment on that note. Accordingly, this Court ordered Plaintiff to surrender the original notes prior to considering the merits of the Motion for Default Judgment. (Doc. 25, at 2). On December 22, 2014, Plaintiff surrendered the original promissory notes in accordance with the Court's Order. (Doc. 26-1).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) filed on November 18, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 22) filed on October 22, 2014, is **GRANTED in part** and **DENIED in part**.

3. As of the date of this Order, January 20, 2015, the original promissory notes (Doc. 26-1, at 4–9) surrendered to the Court on December 22, 2014, are cancelled.

4. The Clerk is directed to enter a judgment in favor of Plaintiff and against Defendant awarding Plaintiff $242,620.98. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record